AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

NOV 17 2018

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>BRYAM ELIAS MOLINA-COREA<br>Citizen of HONDURAS, YOB: 1998<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  M-18-2366-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 17, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. 111(a)(1) &<br>Title 8, U.S.C. 1325 (a)(1) | forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties; and being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

_____
Complainant's signature

Joshua E. Hatton, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/17/2018  3:45pm

_____
Judge's signature

City and state: McAllen, Texas

Peter E. Ormsby, United States Magistrate Judge
*Printed name and title*

## Attachment "A"

### Affidavit

I, Joshua E. Hatton, being first duly sworn, state as follows:

1. I, Joshua E. Hatton, am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been so employed since July 2011. I am currently assigned to the Joint Terrorism Task Force in McAllen, Texas. This affidavit is based on information provided by the United States Border Patrol, Weslaco, Texas.

2. As a Federal Agent, I am authorized to investigate violations of federal laws of the United States.

3. The following facts and information are known by the Affiant and were provided by United States Border Patrol Agent Agents (USBPA) M.T., Weslaco, Texas, and BPA D.M., Weslaco, Texas. Both BPAs M.T. and D.M. provided information serving as probable cause in support of a complaint for violating Title 18, U.S.C., Section 111 (a)(1), Assaulting a Federal Officer.

4. On November 17, 2018, at approximately 4:00 a.m., in accordance with their official duties as Border Patrol Agents, BPAs Galvan, M.T., H.G. and D.M. responded to alien traffic that was observed by a United States Border Patrol mobile scope truck.

5. When BPAs M.T. and Galvan arrived on location, they encountered three undocumented aliens. In English and Spanish, BPA M.T. identified themselves as United States Border Patrol Agents and gave verbal commands to stop.

6. The subjects immediately ran in different directions. One subject, later identified as Bryam Elias MOLINA-COREA, date of birth February 8, 1998, ran east and BPA M.T. pursued on foot. After about 10-15 seconds of pursuit, MOLINA-COREA ran into very thick brush with very low visibility.

7. BPA M.T. saw MOLINA-COREA's feet in the brush and dove for them in order to gain control of the subject. This knocked MOLINA-COREA on his back and BPA M.T. fell to his knees. MOLINA-COREA kicked BPA M.T. multiple times hitting him in the shoulder and in the chest.

8. Immediately after being kicked, BPA M.T. pulled himself against MOLINA-COREA in an attempt to avoid MOLINA-COREA's continued strikes. MOLINA-COREA struck BPA M.T. in the back of the head and in the ear with a closed fist.

9. While MOLINA-COREA continued to be aggressive, BPA M.T. struck MOLINA-COREA with 8-10 closed-fist strikes in the upper body. When MOLINA-COREA ceased having an aggressive fighting posture, BPA M.T. laid on him until BPA H.G. arrived to assist with the arrest.

10. BPA D.M. was nearby and heard BPA M.T. yelling, "He's fighting, he's fighting," and BPA D.M. witnessed MOLINA-COREA kick BPA M.T. and witnessed them exchange closed-fist strikes. At that time, BPA D.M fell to the ground and BPA H.G. ran past him to assist with the arrest.

11. BPA M.T. sustained some redness and swelling to the ear as a result of a strike by MOLINA-COREA. Both BPA M.T. and MOLINA-COREA sustained scratches from the thick brush.

12. Subsequent to the apprehension of MOLINA-COREA, it was determined that MOLINA-COREA is a citizen HONDURAS, and was illegally present in the United States.

13. Based on the aforementioned factual information, your Affiant respectively submits that MOLINA-COREA committed violations of Title 18, United States Code, Section 111 (a)(1), Assaulting a Federal Officer.

Joshua E. Hatton
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this ___17th___ day of November, 2018.

Peter E. Ormsby
United States Magistrate Judge